Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos.com

Attorneys for:
CARLO IVAN GONZALEZ SOLTERO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CARLO IVAN GONZALEZ SOLTERO,<br>  Defendant. | CASE NO. 23-CR 00073- DJC<br><br>STIPULATION AND ORDER RESETTING J&S TO JANUARY 29, 2026 AT 9:00 A.M. |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney Cailey Nelson Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CARLO IVAN GONZALEZ SOLTERO, that the current date scheduled for October 16, 2025, be vacated and the matter be continued to this Court's criminal calendar on January 29, 2026, at 9:00 a.m. for judgment and sentencing. Probation has been notified and they have not objection to the schedule. Additional investigation is needed related to sentencing. The briefing schedule will be amended as follows:

2. Judgment and Sentencing Date:       January 29, 2026
3. Reply, or Statement of Non-Opposition:   January 22, 2026
4. Motion for Correction:            January 8, 2026
5. Report shall be filed with the Court   January 2, 2026
6. Counsels written objections to Probation  December 18, 2025

IT IS SO STIPULATED.

Stip. & Order Continuing J&S                        1

Dated: September 16, 2025                ERIC GRANT
                                         United States Attorney


                                         /s/ Caily Nelson
                                         CAILY NELSON
                                         Assistant United States Attorney


Dated: September 16, 2025                /s/ Dina L. Santos
                                         DINA SANTOS, ESQ.
                                         Attorney for Carlo Ivan Gonzalez Soltero


## ORDER

IT IS SO FOUND AND ORDERED this 17th day of September, 2025


                                         /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE


Stip. & Order Continuing J&S                      2