1  ERIC GRANT
   United States Attorney
2  CAILY NELSON
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:23-CR-00073 DJC

12                        Plaintiff,          STIPULATION AND ORDER RESETTING
                                              JUDGEMENT AND SENTENCE AND BRIEFING
13              v.                            SCHEDULE

14  CARLO IVAN GONZALEZ SOLTERO,             DATE: January 29, 2026
                                              TIME: 9:00 a.m.
15                        Defendant.          COURT: Hon. Daniel J. Calabretta

16

17                          **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, CAILY NELSON, and

19  defendant, by and through defendant's counsel of record, Dina L. Santos, along with the agreement of

20  probation, hereby stipulate that the current sentencing date on January 29, 2026, be vacated and

21  continued to March 5, 2026, at 9:00 a.m.  The defense and government are gathering information to

22  address issues raised by the PSR.  Probation has been notified, and they have no objection to reopening

23  the briefing schedule as outlined below:

24         1.      Judgement and Sentence:              March 5, 2026

25         2.      Reply, or Statement of Non-Opposition:   February 26, 2026

26         3.      Motion for Correction:               February 19, 2026

27         4.      Report shall be filed with the Court:    February 12, 2026

28  ///

                                              1

5.    Counsels written objection to Probation:    February 5, 2026

IT IS SO STIPULATED.


Dated:  January 8, 2026                          ERIC GRANT
                                                 United States Attorney


                                                 /s/ CAILY NELSON
                                                 CAILY NELSON
                                                 Special Assistant United States Attorney


Dated:  January 8, 2026                          /s/ Dina L. Santos
                                                 Dina L. Santos
                                                 Counsel for Defendant
                                                 CARLO IVAN GONZALEZ SOLTERO


                                **ORDER**

IT IS SO FOUND AND ORDERED this 8th day of January 2026.


                                                 /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE