Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Carlo Ivan Gonzalez Soltero

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

CARLO IVAN GONZALEZ SOLTERO
                Defendant.

CASE NO.  CRS 23-00073 DJC

SEALING ORDER.

Upon application of the defendant CARLO IVAN GONZALEZ SOLTERO, through his counsel, and good cause being show as set forth in defendant's notice and request to seal,

    IT IS HEREBY ORDERED that the Mitigation Report and Character interviews in support of Sentencing Memorandum, shall be SEALED until ordered unsealed by the Court.

Dated:  March 3, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Notice of Request to Seal

1